

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, April 28, 2015

No. 04-15-00015-CR

Robert Alan **QUEEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 2063-CR
The Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to June 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court